■ In the Matter of MARIN MANAGEMENT, Appellant, v DIVISION OF HOUSING AND COMMUNITY RENEWAL, Respondent, et al., Respondent.—Order, Supreme Court, New York County (Alice Schlesinger, J.) entered April 26, 1991, which, *inter alia,* dismissed the petition seeking to review and annul a determination by respondent Division of Housing and Community Renewal, dated August 9, 1990 which upon a reopened proceeding, determined a rent overcharge to exist, unanimously affirmed, without costs.

The reopening of the proceeding, to which the petitioner had never voiced any objection, was both proper and rational (Rent Stabilization Code [9 NYCRR] § 2527.8; *cf., Matter of Cupo v McGoldrick,* 278 App Div 108), and the subsequent finding of a rent overcharge is amply supported by the record *(Matter of Pell v Board of Educ.,* 34 NY2d 222, 230). The alternative procedure for adjusting the base rent utilized by the Division was authorized *(Matter of 61 Jane St. Assocs. v New York City Conciliation & Appeals Bd.,* 65 NY2d 898, *affg* 108 AD2d 636) and had a rational basis in the record that was before the Division *(Matter of Lavanant v State Div. of Hous. & Community Renewal,* 148 AD2d 185, 192). The remaining arguments were not raised below *(cf., Matter of 985 Fifth Ave. v State Div. of Hous. & Community Renewal,* 171 AD2d 572, *lv denied* 78 NY2d 861), but, were we to consider them, we would find them to be without merit. Concur—Carro, J. P., Milonas, Ellerin and Ross, JJ.